# BAR NOTICE

    The United States District Court for the Western District of North Carolina has adopted amendments to its local rules. The amended rules may be found on the court's web site at [www.ncwd.uscourts.gov](http://www.ncwd.uscourts.gov).

    The amended rules go into effect on January 1, 2018, and shall apply to all pending cases unless the Court finds that their application in a specific case would result in injustice or undue hardship. In instances where the local rules may be in conflict with any standing pretrial order of any judge of this court, counsel shall be guided by the pretrial order pending clarification of the conflict with the presiding judge.

| Amended Rule | Subject Matter |
| --- | --- |
| Local Civil Rule 4.3 | Service on NC Dept. of Public Safety Employees |
| Local Civil Rule 5.2.1 | Filing of Papers |
| Local Civil Rule 5.3 | Service by Electronic Means |
| Local Civil Rule 6.1 | Sealed Filings and Public Access |
| Local Civil Rule 7.1 | Motions, Briefs, Exhibits, Page Limits, Proposed Orders |
| Local Civil Rule 7.2 | Social Security Cases |
| Local Civil Rule 16.1 | Pretrial Conferences, Initial Attorney's Conference, Initial Pretrial Conference, Consent to U.S. Magistrate Judge |
| Local Civil Rule 16.3 | Mediation or ADR |
| Local Civil Rule 16.4 | Pro Se Settlement Assistance Program |
| Local Civil Rule 26.1 | Commencement of Discovery |
| Local Civil Rule 42.1 | Consolidation of Cases |
| Local Civil Rule 45.2 | Notice of Document Subpoena to Non-Party |
| Local Civil Rule 54.1 | Bill of Costs |
| Local Civil Rule 67.1 | Registry Funds |
| Local Civil Rule 72.1 | Authority of U.S. Magistrate Judge |

| | |
|---|---|
| Local Civil Rule 73.1 | Trial by Consent by U.S. Magistrate Judge |
| Local Rule 77.1 | Orders and Judgments by the Clerk |
| Local Rule 83.2 | Attorney Discipline and Disbarment |
| Local Civil Rule 83.3 | Use of Electronic Devices in Courthouse |
| | |
| Local Criminal Rule 1.1 | Application of Rules |
| Local Criminal Rule 11.2 | Factual Basis for Pleas |
| Local Criminal Rule 20.1 | Consolidation and Transfer of Cases |
| Local Criminal Rule 32.3 | Disclosure of Presentence or Probation Records |
| Local Criminal Rule 32.4 | Statement of Relevant Conduct |
| Local Criminal Rule 32.5 | Sentencing Hearing, Presentence Reports, Victim Identities and Sentencing Memoranda |
| Local Criminal Rule 44.1 | Admission, Appearance, Discipline and Disbarment |
| Local Criminal Rule 47.1 | Motions Practice, Briefs, Responses, Proposed Orders |
| Local Criminal Rule 49.1.1 | Sealed Records and Public Access |
| Local Criminal Rule 49.1.2 | Electronic Filing, Redacted Pleadings, and Presenting Judgments, Orders, and Other Communications to Judges |
| Local Criminal Rule 57.1 | Deleted |
| Local Criminal Rule 59.1 | U.S. Magistrate Judge Duties in Felony Cases |