FILED
CHARLOTTE, NC
NOV 2 8 2018
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3: 17-MC-162

| IN THE MATTER OF | : | ORDER ADOPTING |
| --- | --- | --- |
| RULES OF PRACTICE AND | : | RULES OF PRACTICE AND |
| PROCEDURE IN THIS COURT | : | PROCEDURE |

For Good cause appearing to the Court this 7th day of November 2018.

**IT IS ORDERED that:**

1. The following Local Rules of Practice and Procedure in the United States District Court for the Western District of North Carolina be and are hereby amended and adopted effective at 12:01 A.M. on the 1st day of December 2018. At that time these local rules shall supersede all local rules theretofore in effect, as well as the Civil Justice Expense and Delay Reduction Plan of this district. These rules shall apply to all *pending* cases unless the Court finds that their application in a specific case would result in injustice or hardship. In instances where these local rules may be in conflict with any standing pretrial order of any judge of this court, counsel shall be guided by the pretrial order pending clarification of the conflict with the presiding judge.

2. These rules are adopted in compliance with and pursuant to the authority of Rule 83, Fed. R. Civ. P.; Rule 57, Fed. R. Crim. P.; and other federal rules and statutes providing for district court local rules.

3. These local rules supplement the Federal Rules of Civil Procedure as necessary in all civil suits in the United States District Courts for the Western District of North Carolina. These rules also supplement the Federal Rules of Criminal Procedure. Where applicable, these rules also supplement the Federal Rules of Bankruptcy Procedure. Adoption of these revised rules by December 1, 2018, is to assure compliance with the amendments to the December 1, 2018 revisions to the Federal Rules.

4. The Clerk is directed to promptly publish these rules electronically; make hard copies available upon request; serve copies on the Administrative Office of the United States Courts, the Attorney General of the United States, the Fourth Circuit Judicial Council, and the Federal Rules Committees.

**SO, ORDERED, THIS 7th DAY OF November 2018.**

Frank D. Whitney, Chief
U.S. District Judge

Richard L. Voorhees
Senior U.S. District Judge

Robert J. Conrad, Jr.
U.S. District Judge

Martin Reidinger
U.S. District Judge

Max O. Cogburn, Jr.
U.S. District Judge

Graham C. Mullen
Senior U.S. District Judge