IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. CASE NO. 3:17-mc-00162-MR

| | |
|---|---|
| IN THE MATTER OF THE LOCAL RULES OF PRACTICE FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA _____ | ) ) ) ) ) ) |

## ORDER ADOPTING AMENDMENTS TO THE LOCAL RULES OF PRACTICE AND PROCEDURE

**THIS MATTER** is before the Court on the report of the Local Rules Internal Advisory Committee advising the Court of (1) the need to make certain minor, technical amendments to the Local Rules in order to clarify certain issues that have arisen since the enactment of the most recent version of the Local Rules in December 2018 and (2) the need to amend certain Local Rules in order to conform with the amendments to the Federal Rules of Civil Procedure effective December 1, 2022.

**IT IS HEREBY ORDERED** that the Local Rules of Practice and Procedure for the United States District Court for the Western District of North Carolina as revised, effective December 1, 2018, are hereby further **AMENDED** effective December 1, 2022, as follows:

Local Civil Rule 3.1(f)(1) is amended to clarify that electronic payments are now accepted online instead of through the Electronic Payment System.

Local Civil Rule 7.1(c) is amended to include motions to seal in that group of motions that do not require the filing of a separate brief.

Local Civil Rule 7.2 is amended to conform with the procedures set forth in the Social Security Supplemental Rules, which go into effect on December 1, 2022.

Local Civil Rule 16.1(c) is amended to clarify that the Stipulation of Consent to Exercise of Jurisdiction by a United States Magistrate Judge should be filed separately from the Certification of Initial Attorneys' Conference.

Local Civil Rule 16.4(c)(3) is amended to reference the "Court" instead of the "presiding judge."

Local Civil Rule 67.1(g)(1) is amended to correct a clerical error in the date referenced therein.

Local Criminal Rule 32.5 is amended to clarify that attorneys may file a provisionally sealed document contemporaneously with a motion to seal.

Local Criminal Rule 47.1(b) is amended to clarify that the Court may summarily deny a motion when consultation is not indicated therein.

Local Criminal Rule 49.1.1 is amended to remove reference to the submission of proposed sealed documents in person for *in camera* review or through Cyberclerk.

**IT IS FURTHER ORDERED** that a redlined version of these amended rules and a copy of this Order shall be furnished to the United States Court of Appeals for the Fourth Circuit and the Administrative Office of the United States Courts. A redlined version of these amended rules shall also be made available to the public on this Court's website, www.ncwd.uscourts.gov. Interested parties may submit comments in writing to Frank G. Johns, Clerk, U.S. District Court for the Western District of North Carolina, 401 West Trade Street, Room 1301, Charlotte, NC 28202, or through the "Contact Us" link of the Court's website, www.ncwd.uscourts.gov/contact-us.

**IT IS SO ORDERED.**

Signed: October 30, 2022

Martin Reidinger
Chief United States District Judge